| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Mayer, Robert G. | 2. Court or Organization United States Bankruptcy Court, Eastern District of Virginia | 3. Date of Report 5/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address 200 S. Washington Street Alexandria, Virginia 22314 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Executive Committee | Walter Chandler American Inn of Court |
| 2. | Manager | Short, LLC |
| 3. | Manager | Belt Realty LLC |
| 4. | Manager | Denham Green Lane LLC |
| 5. | Manager | Cottonwood Tree Company LLC |
| 6. | Manager | Mayer's Restorations Ltd |
| 7. | Co-Trustee | Trust B |
| 8. | | |
| 9. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 5/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | United Airlines -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 3/11/2013-3/12/2013 | Brooklyn, NY | Duberstein Bankruptcy Moot Court | transportation, food and lodgings |
| 2. | National Conference of Bankruptcy Judges | 10/29/13-11/2/2013 | Atlanta, GA | Attend bankruptcy educational conference | hotel |
| 3. | Maryland Bankruptcy Bar Association | 5/3/2013-5/4/2013 | Annapolis, MD | Attend and teach at bankruptcy educational conference | food and lodgings |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 5/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T Accounts | A | Interest | J | T | | | | | |
| 2. WellPoint, Inc., common stock | A | Dividend | J | T | | | | | |
| 3. IRA-SEP Account (Items 4 - 10) | C | Int./Div. | M | T | | | | | |
| 4. -- American Balanced Fund Class F1 | | | | | | | | | |
| 5. -- Blackrock Equity Dividend Fund CL Instl | | | | | | | | | |
| 6. -- Calamos Growth & Income Fund CL I | | | | | | | | | |
| 7. -- Columbia Marsico 21st Century Fund CL Z | | | | | | | | | |
| 8. -- Ivy Asset Strategy Fund Class I | | | | | | | | | |
| 9. -- Franklin Mutual Global Discovery FD CL Z | | | | | | | | | |
| 10. -- Dreyfuss Liquid Assets CL 2 | | | | | | | | | |
| 11. BB&T (IRA) | A | Interest | | | Closed | 8/14/13 | J | A | |
| 12. Short LLC membership interest (Items 13-14) | | | | | | | | | |
| 13. -- Rental property, Fairfax, VA (2013 assessment $440,600) | E | Rent | N | S | | | | | |
| 14. -- BB&T Account | | None | J | T | | | | | |
| 15. Alliant Federal Credit Union Accounts | C | Interest | M | T | | | | | |
| 16. 401(k) Plan (Items 17-22) | D | Int./Div. | M | T | | | | | |
| 17. -- UCH, Inc. Stock Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 5/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Loomis Value Y | | | | | Sold | 06/28/13 | L | E | |
| 19. -- Loomis Value N | | | | | Buy | 06/28/13 | L | | |
| 20. -- Pimco Total Ret Bond | | | | | | | | | |
| 21. -- Vanguard Target 2015 PRT | | | | | Sold (part) | 11/22/13 | K | D | |
| 22. -- Vanguard Taret 2025 | | | | | Buy | 11/22/13 | K | | |
| 23. Alliant FCU (IRA) | A | Interest | L | T | | | | | |
| 24. Burke & Herbert Bank Account | A | Interest | L | T | | | | | |
| 25. Brokerage Account A (Items 26-46) | | | | | | | | | |
| 26. -- American Funds Capital Income Builder CL C | A | Dividend | K | T | | | | | |
| 27. -- American Funds The Income Fund of America CL C | A | Dividend | K | T | | | | | |
| 28. --American Funds American Balanced Fund CL C | A | Dividend | K | T | | | | | |
| 29. -- American Funds The Bond Fund of America CL C | A | Dividend | K | T | | | | | |
| 30. -- American Funds Capital World Growth & Income Fund CL C | A | Dividend | K | T | | | | | |
| 31. -- American Funds American Balanced Fund CL A | A | Dividend | J | T | | | | | |
| 32. -- American Funds American Balanced Fund CL A | | | | | Buy (add'l) | 08/21/13 | J | | |
| 33. -- American Funds Bond Fund of America CL A | A | Dividend | | | Sold | 08/21/13 | J | | |
| 34. -- American Funds The Income Fund of America CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 5/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- American Funds New Perspective Fund CL A | B | Dividend | K | T | | | | | |
| 36. -- American Funds New Perspective Fund CL A | | | | | Buy (add'l) | 08/20/13 | J | | |
| 37. -- American Funds New World Fund CL A | A | Dividend | K | T | | | | | |
| 38. -- American Funds New World Fund CL A | | | | | Buy (add'l) | 08/20/13 | J | | |
| 39. -- American Funds Washington Mutual Investors Fund CL A | B | Dividend | K | T | | | | | |
| 40. -- American Funds Washington Mutual Investors Fund CL A | | | | | Buy (add'l) | 08/20/13 | J | | |
| 41. -- AMCPX | A | Dividend | K | T | Buy | 08/20/13 | J | | |
| 42. -- AMRMX | A | Dividend | K | T | Buy | 08/20/13 | J | | |
| 43. -- CWGIX | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 44. -- ANCFX | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 45. -- AGTHX | B | Dividend | K | T | Buy | 08/20/13 | J | | |
| 46. -- AIVSX | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 47. Brokerage Account B (Items 48-56) | | | | | | | | | |
| 48. -- AT&T common stock | B | Dividend | K | T | | | | | |
| 49. -- BP PLC common stock | A | Dividend | J | T | | | | | |
| 50. -- Chevron common stock | A | Dividend | K | T | | | | | |
| 51. -- Exxon Mobil Corp common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 5/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- IBM common stock | A | Dividend | K | T | | | | | |
| 53. -- McDonalds Corp common stock | B | Dividend | K | T | | | | | |
| 54. -- Verizon Communications common stock | A | Dividend | K | T | | | | | |
| 55. -- Tax Exempt Fund of Virginia CL A | A | Interest | J | T | | | | | |
| 56. -- Federated Capital Reserves | A | Interest | J | T | | | | | |
| 57. Belt Realty LLC membership interest (Items 58-60) | | | | | | | | | |
| 58. -- BB&T account | | None | K | T | | | | | |
| 59. -- Real Prop. A, Alexandria, VA (2013 assess. $607,740) | E | Rent | O | S | | | | | |
| 60. -- Real Prop. B, Alexandria, VA (2013 579,910 assess. ) | E | Rent | O | S | | | | | |
| 61. Trust B (Item 62) | | | | | | | | | |
| 62. -- Alliant Federal Credit Union Account | A | Interest | K | T | | | | | |
| 63. Cottonwood Tree Co LLC membership interest (Items 64-65) | | | | | | | | | |
| 64. -- Real Prop. Sedgwick Co., KS (2013 assess, $164,700) | E | Rent | M | S | | | | | |
| 65. -- BB&T bank account | | None | J | T | | | | | |
| 66. Denham Green Lane LLC membership interest (Items 67-68) | | | | | | | | | |
| 67. -- Real Prop. Worchester Co, MD (2013 Assess $468,000) | E | Rent | O | S | | | | | |
| 68. - -- BB&T bank account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 5/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mayer's Restorations Ltd membership interest (Item 70) | | | | | | | | | |
| 70. -- Real Prop Montgomery Co, OH (2013 assess. $68,340) | D | Rent | L | S | | | | | |
| 71. Dreyfus Municipal Bond Fund | A | Interest | | | Sold | 08/09/13 | K | B | |
| 72. IRA 2 (Items 73-105) | A | Dividend | M | T | | | | | |
| 73. -- CFT | A | Dividend | | | Sold | 03/20/13 | J | | |
| 74. -- IYH | A | Dividend | | | Sold | 03/20/13 | J | A | |
| 75. -- IYR | A | Dividend | | | Sold | 07/26/13 | J | A | |
| 76. -- FBIOX (Y) | | | | | | | | | |
| 77. -- FXI | A | Dividend | | | Sold | 03/20/13 | J | | |
| 78. -- LQD | A | Dividend | | | Sold | 07/26/13 | J | | |
| 79. -- HYG | A | Dividend | | | Sold (part) | 01/15/13 | K | A | |
| 80. -- HYG | | | | | Sold | 07/26/13 | J | A | |
| 81. -- EWG | | None | | | Sold | 03/20/13 | J | A | |
| 82. -- UUP | | None | J | T | Sold (part) | 12/18/13 | J | A | |
| 83. -- IWF | A | Dividend | K | T | Sold (part) | 08/01/13 | J | A | |
| 84. -- IWD | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 85. -- IWP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 5/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- OEF | A | Dividend | J | T | Buy (add'l) | 12/18/13 | J | | |
| 87. -- IXC | | None | | | Sold | 05/17/13 | J | A | |
| 88. -- XME | A | Dividend | | | Sold | 03/20/13 | J | | |
| 89. -- PFF | A | Dividend | J | T | Sold (part) | 08/07/13 | J | | |
| 90. -- USMV | A | Dividend | | | Sold | 12/18/13 | J | B | |
| 91. -- VWO | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 92. -- AMLP | A | Dividend | | | Buy | 01/15/13 | J | | |
| 93. -- AMLP | | | | | Sold | 07/26/13 | J | A | |
| 94. -- CSJ | A | Dividend | J | T | Buy | 01/15/13 | J | | |
| 95. -- IJH | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 96. -- BKLN | A | Dividend | K | T | Buy | 07/29/13 | K | | |
| 97. -- PCY | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 98. -- PCY | | | | | Buy (add'l) | 07/26/13 | J | | |
| 99. -- SH | | None | J | T | Buy | 08/07/13 | J | | |
| 100. -- VGK | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 101. -- VGK | | | | | Buy (add'l) | 07/26/13 | J | | |
| 102. -- VIG | A | Dividend | J | T | Buy | 03/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 5/12/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- VIG | | | | | Buy (add'l) | 12/18/13 | J | | |
| 104. -- VGT | A | Dividend | J | T | Buy | 07/26/13 | J | | |
| 105. -- DXJ | A | Dividend | J | T | Buy | 01/15/13 | J | | |
| 106. Brokerage Account C (Items 107-112) | | | | | | | | | |
| 107. -- UTX (United Technology) | A | Dividend | J | T | | | | | |
| 108. -- UTX | | | | | Buy (add'l) | 11/21/13 | J | | |
| 109. -- UTX | | | | | Buy (add'l) | 12/10/13 | J | | |
| 110. -- WPOIX | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 111. -- WPOIX | | | | | Buy (add'l) | 12/10/13 | J | | |
| 112. -- VFINX | A | Dividend | J | T | Buy | 10/25/13 | J | | |
| 113. | | | | | | | | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 5/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 78 was reported as Item 76 on the 2012 FDR as a purchase. It was actuallly a sale of the entire investment on the date and with the Value Code for Column D(3) as stated. The Value Code for Column D(4) was "A".

# FINANCIAL DISCLOSURE REPORT

Page 12 of 12

Name of Person Reporting

Mayer, Robert G.

Date of Report

5/12/2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert G. Mayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544